IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-03475-RM-BNB | Date: | September 15, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| WILEY LONG, <br> PALEO DIET ENTERPRISES, LLC, | *Walter Alexander Winslow* |
| **Plaintiff(s),** | |
| v. | |
| LOREN CORDAIN, <br> THE PALEO DIET, LLC | *Charles W. Steese* <br> *Richard David Beller* |
| **Defendant(s).** | |

## COURTROOM MINUTES

**MOTION HEARING**

Court in session:     3:02 p.m.

Appearance of counsel. Dr. and Mrs. Cordain appear with Mr. Steese.

Discussion held on [34] Plaintiffs' Motion for Leave of Court to Submit Reply Regarding Motion for Stay or, in the Alternative, Motion for Extension of Time filed on September 14, 2014.

For reasons stated on the record, it is

**ORDERED:   [34] Plaintiffs' Motion for Leave of Court to Submit Reply Regarding Motion for Stay or, in the Alternative, Motion for Extension of Time is GRANTED. The clerk of court is directed to accept Docket #34-1 for filing.**

Argument held on [25] Plaintiffs' Motion to Stay of Discovery or, in the Alternative, Motion for an Extension of Time filed on August 12, 2014.

For reasons stated on the record, it is

**ORDERED:** **[25] Plaintiffs' Motion to Stay of Discovery or, in the Alternative, Motion for an Extension of Time is DENIED.**

Argument held on [28] Defendants' Motion to Strike Plaintiffs' Untimely Expert Disclosures Pursuant to Fed. R. Civ. P. 37(b)(2)(A), 37(c)(1), and 26(a)(2)(D); Alternative Motion for Extension of Deadline to Rebut Untimely-Disclosed Expert Witness filed on August 22, 2014.

For reasons stated on the record, it is

**ORDERED:** **[28] Defendants' Motion to Strike Plaintiffs' Untimely Expert Disclosures Pursuant to Fed. R. Civ. P. 37(b)(2)(A), 37(c)(1), and 26(a)(2)(D); Alternative Motion for Extension of Deadline to Rebut Untimely-Disclosed Expert Witness is DENIED. The fact discovery deadline is extended to October 10, 2014, for the sole purpose of allowing the defendants to depose the plaintiff after answers are due. Defendants have to October 29, 2014 to submit rebuttal expert report. Expert discovery is extended to November 28, 2014. The Pretrial Conference remains set for January 13, 2015.**

Court in recess:        4:59 p.m.        Hearing concluded.      Total time in court:  01:57