IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-03475-RM-BNB

WILEY LONG, and
PALEO DIET ENTERPRISES, LLC, a Colorado limited liability company,

Plaintiffs,

v.

LOREN CORDAIN, and
THE PALEO DIET, LLC, a Colorado limited liability company,

Defendants.
_____

## ORDER
_____

This matter arises on the following:

(1)   **Plaintiffs' Motion to Stay Or, In the Alternative, for an Extension of Time**

[Doc. # 25, filed 8/12/2014] (the "Motion to Stay or Extend");

(2)   **Defendants' Motion to Strike Untimely Expert** [Doc. # 28, filed 8/22/2014]

(the "Motion to Strike Expert"); and

(3)   **Plaintiffs' Motion to File Reply** [Doc. # 34, filed 9/14/2014] (the "Motion to

Reply").

I held a hearing on the motions this afternoon and made rulings on the record, which are

incorporated here.

IT IS ORDERED:

(1)   The Motion to Reply [Doc. # 34] is GRANTED. The Clerk of the Court is

directed to accept for filing the Reply [Doc. # 34-1.

(2)     The Motion to Stay or Extend [Doc. # 25] is DENIED.

(3)     The Motion to Strike Expert [Doc. # 28] is DENIED.  In order to cure any prejudice resulting from surprise based on the late designation of the plaintiffs' expert, the case schedule is modified to the following extent:

(a)     Fact discovery is extended to and including October 10, 2014, solely to allow the defendants to depose Mr. Long after they receive responses to written discovery previously served;

(b)     The defendants shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before October 29, 2014; and

(c)     Expert discovery is extended to and including November 28, 2014.

Dated September 15, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge