IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-03475-RM-BNB

WILEY LONG, and
PALEO DIET ENTERPRISES, LLC, a Colorado limited liability company,

Plaintiffs,

v.

LOREN CORDAIN, and
THE PALEO DIET, LLC, a Colorado limited liability company,

Defendants.

---

## ORDER

---

This matter arises on:

(1)     **Plaintiffs' Motion for an Extension of Time** [Doc. # 45, filed 9/30/2014] (the "Motion for Extension");

(2)     **Defendants' Motion to Compel Responses to Interrogatories and Requests for Admissions** [Doc. # 48, filed 9/30/2014] (the "Motion to Compel"); and

(3)     The unopposed **Motion to Restrict** [Doc. # 55, filed 10/14/2014] (the "Motion to Restrict").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion for Extension [Doc. # 45] is DENIED.

(2)     The Motion to Compel [Doc. # 48] is GRANTED IN PART and DENIED IN

PART as follows:

      • GRANTED to require a full answer to Interrogatory 5;

      • GRANTED to require a full answer to Interrogatory 15 insofar as it calls for information concerning Requests for Admissions 1, 4, 5, and 6;

      • DENIED as withdrawn with respect to Interrogatories 12, 13, and 14;

      • DENIED with respect to Interrogatories 2, 3, 4, 6, 7, 8, 9, 10, and 11 and Requests for Admission 2, 3, 7, and 8; and

      • DENIED in all other respects.

The plaintiffs shall make supplemental discovery responses consistent with this Order on or before October 24, 2014.

(3)    The Motion to Restrict [Doc. # 55] is GRANTED, and Doc. # 51-1 shall be RESTRICTED, Level 1.

Dated October 16, 2014.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge